## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**OSCAR ALBERTO RAMON ALMONTE, et al.,**
**Plaintiffs,**

    **v.**                                           **Civ. No. 02-1103(DRD)**

**SEARS ROEBUCK OF PUERTO RICO,**
**et al.,**
**Defendants**

### O R D E R

    Pending before the Court is Sears Roebuck of Puerto Rico, Inc.'s *Motion Requesting Attorney's Fees*. (Docket No. 91). Through said motion, Sears moves the Court to award it attorney's fees in the amount of $12,267.50 provided that the Court entered Judgment in its favor on March 26, 2004.

    Local Rule 54(a) clearly states that an application for attorneys' fees "**shall be filed within forty-five (45) days of entry of judgment**." (*emphasis ours*). Understanding that *Judgment* in the instant case was entered by the Court on March 26, 2004 – **almost an entire year before the present motion was filed** – the Court deems that Sears's request is **untimely**, pursuant to Fed.R.Civ.P. 54(d) and Local Rule 54(a), by about **three hundred days**, thus precluding this Court from granting the matter.

    Accordingly, Sears's request for attorneys' fees is **DENIED** for failure to comply with Fed.R.Civ.P. 54(d) and Local Rule 54(a), rendering the motion untimely.

    **IT IS SO ORDERED.**

**Date**: March 3rd, 2006

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**